IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| **ROBERT SWANDER,** *Plaintiff* | § § § |
| -vs- | § § § A-20-CV-00042-JRN |
| **BIG BOY FUNDING, LLC,** *Defendant* | § § § § |

## FINAL JUDGMENT

Before the Court is the above-entitled and styled cause of action. On September 30, 2020, the clerk entered default as to Defendant Big Boy Funding, LLC. Since then, Plaintiff has not appeared in this case in any way. On December 3, 2020, the Court entered an order requiring Plaintiff to "SHOW CAUSE, in writing, on or before December 10, 2020, why this case shall not be dismissed for want of prosecution." *See* (Dkt. 13, at 1).

Because Plaintiff has not responded, the Court will act upon its discretion to dismiss a case for want of prosecution or failure to comply with court order. *See* Fed. R. Civ. P. 41(b); *Larson v. Scott*, 157 F.3d 1030, 1031 (5th Cir. 1998).

The Court therefore renders final judgment pursuant to Rule 58. Fed. R. Civ. P. 58(a).

**IT IS ORDERED** that the case is closed. All pending motions are **DISMISSED** as moot.

**IT IS FURTHER ORDERED** that each party is to cover its respective costs.

SIGNED this 15th day of December, 2020.

_____
JAMES R. NOWLIN
SENIOR U.S. DISTRICT JUDGE